UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
Kassombola Kalonzo, pro se,                  :
                                             :
                      Petitioner,            :          **ORDER**
                                             :
           -against-                         :          04-CV-5039 (DLI)
                                             :
Warden Michael Zenk - M.D.C.,                :
Federal Bureau of Prisons,                   :
                                             :
                      Respondent.            :
------------------------------------------------------x

**DORA L. IRIZARRY, U. S. District Judge:**

     The Court is in receipt of Petitioner's letter dated May 3, 2005. In this letter, Petitioner informs the Court that the United States Immigration and Customs Enforcement (ICE) has lodged a detainer against him. Respondent is hereby

     ORDERED to submit a supplemental affidavit, <u>no later than May 24, 2005</u>, to update the Court on the status of Petitioner's ICE file and any detainers that have been issued by ICE.

     ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, together with a copy of the petition, to the United States Attorney for the Eastern District of New York, and by mailing a copy hereof to the Petitioner. Both parties are reminded that courtesy copies of all filings must be submitted to chambers.

DATED:     Brooklyn, New York
           May 17, 2005

               _____/s/_____
                    DORA L. IRIZARRY
                United States District Judge